# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NATIONAL SHOPMEN PENSION FUND, AND ITS BOARD OF TRUSTEES ) ) ) ) **Plaintiffs,** ) ) v. ) ) ) NEWARK WIRE WORKS, INC. ) ) **Defendant.** ) ) | Civil Action No. 1:08-cv-0430 |

## PRAECIPE TO DISMISS WITHOUT PREJUDICE

The Clerk of the Court will please dismiss the above captioned case against Defendant Newark Wire Works, Inc. ("Newark") without prejudice pursuant to Fed.R.Civ.P. 41(a)(1)(I). No responsive pleading has been filed by Newark in this case.

                                                Respectfully submitted,

                                                /s/ Marc Rifkind
                                                Marc H. Rifkind, Esq. (D.C. Bar No. 416183)
                                                SLEVIN & HART, P.C.
                                                1625 Massachusetts Ave., NW, Suite 450
                                                Washington, D.C. 20036
                                                (202) 797-8700 (Telephone)
                                                (202) 234-8231 (Facsimile)

Dated: July 15, 2008                    Counsel for Plaintiffs

**CERTIFICATE OF SERVICE**

I hereby certify this 15 day of July, 2008, that I caused to be served a copy of the foregoing *Praecipe to Dismiss without Prejudice* by sending a copy of same via overnight delivery, postage-prepaid to the following parties:

> J. P. Spellman, President
> Newark Wire Works, Inc.
> Edison, NJ 08837
> 1059 King George Post Road

Respectfully submitted,

_s/ Marc Rifkind_____
Marc Rifkind, Esq. (D.C. Bar No. 41618)
SLEVIN & HART, P.C.
1625 Massachusetts Avenue, NW, Suite 450
Washington, D.C. 20036
(202) 797-8700 (Telephone)
(202) 234-8231 (Facsimile)

Dated:  July 15, 2008

105014